# WILLOUGHBY *v.* MACKALL.

No. 143.   Submitted October 17, 1893.—Decided November 8, 1893.

HEARING on appeal by the plaintiff from a judgment of the Supreme Court of the District of Columbia, holding a law term, sustaining a demurrer to a declaration in an action of covenant.   *Reversed.*

*Mr. A. A. Birney* for the appellant.

*Mr. Henry E. Davis* and *Mr. A. A. Hoehling, Jr.*, for the appellee.

Mr. Justice SHEPARD delivered the opinion of the Court:

This is an action at law brought by the appellant upon the contract for services which is set up in the bill in equity, in cause No. 112 on the docket of this court, and which has just been determined.

For the reasons given in the opinion in that case, the judgment herein appealed from must be reversed, and the cause remanded, with costs to the appellant.

*Reversed.*